**Brian F. Russo (018594)**
**Law Office of Brian F. Russo**
10037 East Dynamite Blvd.
Suite C-101
Scottsdale, Arizona 85262
(602) 340-1133 Telephone
bfrusso@att.net Email
Attorney for Defendant Weinberger

### IN THE UNITED STATES DISTRICT COURT

### DISTRCIT OF ARIZONA

| | |
|---|---|
| United States of America, | ) Case No. 2:25-CR-00835-DJH |
| Plaintiff, | ) **MOTION TO CONTINUE TRIAL** |
| vs. | ) **DATE AND EXTEND PRETRIAL** |
| | ) **MOTIONS DEADLINE** |
| Barrett Weinberger, et al., | ) 2nd Request |
| | ) Defendants are Out of Custody |
| Defendants. | ) |

COMES NOW the Defendant Weinberger, by and through Counsel undersigned and hereby moves this Honorable Court for an order continuing the trial on November 4, 2025, and extending time for filing pretrial motions for a period of no less than 90 days for ongoing discovery investigations, trial preparation and plea negotiations.

Counsel has conferred with co-defendant Gray's Counsel, Anthony Knowles, and they join in this Motion.

AUSA Marcus Shand was not available for his position. Counsel called his office and received a message stating the US Attorney's Office is closed due to lapse in federal funding. Counsel will supplement with the Government's position once he hears from Mr. Shand.

This motion is made in good faith and will serve the public's interest in that providing the defendant(s) with effective representation is necessary to ensure fairness and protect the

defendants' constitutional rights.  A continuance will ensure counsel for the both the government and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  A continuance outweighs the best interests of the public and the defendant in a speedy trial.

It is expected that excludable delay under 18 U.S.C. § 3161 (h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

DATED this 3rd day of October, 2025.

/s/Brian F. Russo
Brian F. Russo
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Marcus Shand
Asst. United States Attorney

Anthony J. Knowles
Attorney for co-defendant Gray

/s/Brian F. Russo