**IN THE UNITED STATES DISTRICT COURT**

**DISTRCIT OF ARIZONA**

| | |
|---|---|
| United States of America, | ) Case No. 2:25-CR-00835-DJH |
| Plaintiff, | ) **[PROPOSED] ORDER** |
| vs. | ) |
| Barrett Weinberger, et al., | ) |
| Defendants. | ) |

Upon motion of the defendant and no objection by the Government, and good cause appearing,

IT IS ORDERED granting the defendant's Motion to Continue Trial Date and extend pretrial motions deadline for the reasons stated in defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161 (h)(7)(A),(B)(iv).

IT IS FURTHER ORDERED continuing the trial from November 4, 2025,  to the _____ day of _____, 2025 at 9:00 a.m. and extending pretrial motions deadline to the _____ day of _____, 2025.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued, and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____ .

DATED this _____ day of October, 2025.

_____
Honorable Diane J. Humetewa
United States District Judge